Guy M. Raines, Respondent, v. Gertrude M. Moran, Defendant, and Elizabeth M. Welch et al., Appellants.— Judgment affirmed, with costs. All concur. (The judgment directs defendants Harold F. and Mary A. Moran to specifically perform an agreement.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.